IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| ALLISON PINKERTON GAMBLE | ) | BANKRUPTCY CASE NO: 18-82298-CRJ |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |

*****************************************************************************

| | | |
|---|---|---|
| | ) | |
| ALLISON PINKERTON GAMBLE | ) | |
| | ) | |
| PLAINTIFF, | ) | A.P. NO: 18-80098 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, ET AL. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ANSWER OF THE DEFENDANT UNITED STATES OF AMERICA

Comes now the Defendant, the United States of America ("United States") in behalf of the Internal Revenue Service ("IRS") by and through its counsel Jay E. Town, United States Attorney for the Northern District of Alabama, and files this Answer to the Debtor's Complaint to Determine the Dischargeability of Tax Obligations. The United States answers the allegations contained in the complaint as follows:

    1.    The United States admits the allegation contained in paragraph one of the complaint.

    2.    The United States admits the allegation contained in paragraph two of the complaint.

    3.    The United States admits the allegation contained in paragraph two of the complaint.

    4.    The United States admits the allegation contained in paragraph four of the complaint.

    5.    No response is required of the United States to the allegations contained in paragraph five of the complaint.

    6.    No response is required of the United States to the allegation contained in paragraph six of the complaint.

7. The United States admits the allegation contained in paragraph seven of the complaint.

8. The United States is without information to form a belief as to the truth of the allegations contained in paragraph eight of the complaint and demands strict proof thereof.

9. The United States is without information to form a belief as to the truth of the allegations contained in paragraph nine of the complaint and demands strict proof thereof.

10. The United States is without information to form a belief as to the truth of the allegations contained in paragraph ten of the complaint and demands strict proof thereof.

Respectfully submitted on this the 29th day of October 2018.

JAY E. TOWN
United States Attorney

*/s/ Richard E. O'Neal*
RICHARD E. O'NEAL
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
(205) 244-2120

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the following by first-class United States Mail, properly addressed and postage prepaid on this the 29th day of October 2018.

Mr. Tazewell Taylor Shepard, IV
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804

/s/ Richard E. O'Neal
RICHARD E. O'NEAL
Assistant United States Attorney