UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALISON PINKERTON GAMBLE, | ) | Case No. 18-82298-CRJ7 |
| | ) | Chapter 7 |
| Debtor. | ) | |

| | | |
|---|---|---|
| ALISON PINKERTON GAMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AP Case No. 18-80098-CRJ |
| | ) | |
| STATE OF ALABAMA, DEPARMENT OF REVENUE, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

COMES NOW the Defendant, State of Alabama Department of Revenue (hereinafter, "the State"), by and through its undersigned counsel, and answers the Complaint in the above-styled adversary proceeding as follows:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. The State admits that the Debtor is indebted to the State for certain taxes, interest, and penalties incurred prior to the filing of the underlying Chapter 7 bankruptcy case. The State

lacks sufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, therefore, denies the same.

6. The State lacks sufficient information and knowledge to admit or deny the allegations in this paragraph and, therefore, denies the same.

7. No response is required of the State to the allegations contained in this paragraph.

8. No response is required of the State to the allegations contained in this paragraph.

9. No response is required of the State to the allegations contained in this paragraph.

10. The State lacks sufficient information and knowledge to admit or deny the allegations in this paragraph and, therefore, denies the same.

As to the relief requested in the WHEREFORE paragraph, the State denies that the Debtor is entitled to the relief requested as to her Alabama income tax debt, including applicable interest and penalties, for the 2006 through 2011 tax years. The State lacks sufficient information and knowledge to admit or deny whether the Debtor is entitled to the remaining relief requested and, therefore, denies the Debtor's entitlement to the same.

RESPECTFULLY SUBMITTED on this 2nd day of November, 2018.

/s/ Sarah Elizabeth Bell
Sarah Elizabeth Bell
ASB-6701-H68B
Assistant Counsel
Alabama Department of Revenue
Post Office Box 320001
Montgomery, Alabama 36132-0001
Tel: (334) 242-9690
Fax: (334) 242-9782
Sarah.Bell@revenue.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon all parties of record in this cause via CM/ECF or, if not a CM/ECF participant, by placing a copy of the same in the United States mail postage prepaid, on this 2nd day of November, 2018, as follows:

Tazewell Taylor Shepard, IV
Sparkman, Shepard & Morris, P.C.
Post Office Box 19045
Huntsville, Alabama 35804

Richard E. O'Neal
Assistant U.S. Attorney
1801 4th Avenue North
Birmingham, Alabama 35203-2101

Judith Thompson
Chapter 7 Trustee
Post Office Box 18966
Huntsville, Alabama 35804

/s/ Sarah Elizabeth Bell
OF COUNSEL