**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| ALISON P. GAMBLE | ) | CASE NO. 18-82298-CRJ7 |
| SSN: XXX-XX-3024 | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ALISON P. GAMBLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF ALABAMA, | ) | |
| DEPARTMENT OF REVENUE | ) | |
| | ) | |
| and | ) | ADVERSARY PROCEEDING |
| | ) | NUMBER.: 18-800098-CRJ |
| UNITED STATES OF AMERICA | ) | |
| DEPARTMENT OF TREASURY- | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF AND STATE OF ALABAMA DEPARTMENT OF REVENUE**
**JOINT STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

COMES NOW the Plaintiff, Alison P. Gamble (the "Plaintiff") and Defendant State of Alabama Department of Revenue (the "Defendant") state as follows:

1. As the Plaintiff and Defendant investigated the factual averments of the Plaintiff's Complaint, the Defendant determined that the Plaintiff is entitled to administrative relief from the indebtedness the Plaintiff has sought to discharge in this adversary proceeding.

2. On November 28, 2018 the Defendant entered six Taxpayer Assistance Orders removing all state tax assessments entered against the Plaintiff for tax years 2006-2011.

3. The Plaintiff and Defendant now inform this Court that they have resolved all issues in this case related to Defendant State of Alabama Department of Revenue.

4. The Plaintiff and Defendant now file this Joint Stipulation of Dismissal of this Adversary Proceeding only as it applies to Defendant State of Alabama Department of Revenue.

WHEREFORE, premises considered, Alison P. Gamble and the State of Alabama Department of Revenue request that this Honorable Court enter an Order: dismissing Defendant State of Alabama Department of Revenue from this Adversary Proceeding; and granting such further relief as this Court deems just and proper.

Respectfully submitted this the 4th day of January, 2019.

| | |
|---|---|
| */s/ Tazewell T. Shepard IV* | */s/ Sarah E. Bell* |
| Tazewell T. Shepard IV | Sarah E. Bell |
| *Attorney for the Plaintiff* | *Attorney for the State of Alabama* |
| | |
| **SPARKMAN, SHEPARD & MORRIS, P.C.** | **STATE OF ALABAMA,** |
| 303 Williams Ave. SW | **DEPARTMENT OF REVENUE** |
| Park Plaza 921 | P.O. Box 320001 |
| Huntsville, AL 35804 | Montgomery, AL 36130 |
| Tel: (256) 535-0817 | Tel: (334) 242-9690 |
| Fax: (256) 535-0818 | Fax: (334) 242-9782 |

**CERTIFICATE OF SERVICE**

This is to certify that I have this the 4th day of January, 2019 served the foregoing motion on all parties to this civil action, and Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV